Argued and submitted March 4, reversed and remanded for reconsideration April 1, 1998

In the Matter of the Compensation of
Harry T. McCrea, Jr., Claimant.

WEYERHAEUSER COMPANY,
*Petitioner,*

*v.*

Harry T. MCCREA, Jr.,
Arriola Bros., Inc.,
and SAIF Corporation,
*Respondents.*

(WCB 93-02507, 93-05231; CA A98495)

956 P2d 1069

John M. Pitcher argued the cause and filed the brief for petitioner.

James L. Edmunson waived appearance for respondent Harry T. McCrea, Jr.

No appearance by respondent Arriola Bros., Inc.

No appearance by respondent SAIF Corporation.

Before Warren, Presiding Judge, and Deits, Chief Judge, and Edmonds, Judge.

PER CURIAM

Reversed and remanded for reconsideration. ORS 656.262(10); *Bay Area Hospital v. Landers,* 150 Or App 154, 945 P2d 110 (1997).